# ELECTRONIC RECORD

COA # 05-13-01486-CR          OFFENSE: 2.03

STYLE: Kenneth Ray Turner v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED          TRIAL COURT: Criminal District Court No. 1

DATE: 10/29/14          Publish: NO     TC CASE #: F-1351238-H

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kenneth Ray Turner v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/18/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**